# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:20-mc-123-MR

IN RE:   OFFICIAL COURT CLOSING

FILED
ASHEVILLE, N.C.
AUG 14 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will close the U.S. Federal Courthouse Jonas Building in Charlotte, North Carolina on Monday, August 24, 2020, and Tuesday, August 25, 2020. All other divisional offices will be open for business as normal.

The Jonas Building will be closed on the above dates due to the Republican National Convention being held in Charlotte, North Carolina on those dates. The U.S. Marshal Service has advised the court that the Jonas Building is within the security perimeter for the Convention and access to the building will be restricted.

All matters to be heard by a U.S. Magistrate Judge on August 24th and 25th, 2020, will be held in the federal courthouse in Statesville, North Carolina.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 14th day of August 2020.

_____
Martin Reidinger, Chief
U.S. District Court Judge